IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENTLEY A. HOLLANDER,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | NO. 10-235 |
| **HOSPIRA, INC.** | : | |
| **Defendant.** | : | |

## <u>O R D E R</u>

**AND NOW**, this 27th day of September, 2010, upon consideration of defendant Hospira, Inc.'s Motion to Dismiss (Document No. 10, filed March 22, 2010); defendant Hospira, Inc.'s Motion to Transfer (Document No. 11, filed March 22, 2010), and the related submissions of the parties, following a telephone conference with the parties, through counsel, on September 27, 2010, **IT IS ORDERED** as follows:

1. At the request of defendant, Hospira, Inc., the Motion to Dismiss (Document No. 10) is **DENIED WITHOUT PREJUDICE** to defendant's right to file an amended motion to dismiss within fourteen (14) days of the Court's ruling on the Motion to Transfer in the event the Motion is denied. If the Motion to Transfer is granted, defendant shall have fourteen (14) days after the case is received in the District Court for the Northern District of Illinois by which to file an amended motion to dismiss; and,

2. With respect to the Motion to Transfer (Document No. 11), the parties, through counsel, shall file supplemental memoranda on plaintiff's request for additional discovery on the following schedule:

   a. On or before October 4, 2010, plaintiff shall file and serve a memorandum which details exactly what discovery is sought with respect to the Motion to Transfer.

      b.      On or before October 12, 2010, defendant shall file and serve a responsive memorandum detailing its position on the requested discovery.

Two (2) copies of each memorandum shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

**/s/ Jan E. DuBois**
      **JAN E. DUBOIS, J.**